FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

98 APR -7 AM 2: 57

U.S. DISTRICT COURT
N.D. OF ALABAMA

JOHNNY RAY COX, )
)
      Petitioner, )
)
vs ) CIVIL ACTION NO. 90-PT-2620-M
)
WARDEN LARRY BURTON, et al, )
)
      Respondent(s). )

ENTERED
APR 7 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the petitioner's Rule 60 motion for relief from judgment is due to be denied. An appropriate order will be entered.

    DONE this _____ day of April, 1998.

ROBERT B. PROPST,
SENIOR UNITED STATES DISTRICT JUDGE

15